IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MATTHEW PARRIS, )
      Petitioner, )
     )
vs. )      Civil Action No. 11-264
     )
BRIAN COLEMAN, Superintendent, )
SCI-Fayette, et al., )
      Respondents. )

## O R D E R

AND NOW, this 17th day of June, 2011, after the petitioner, Matthew Parris, filed

a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties a period of time after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the petition and the record and upon consideration of the Magistrate

Judge's Report and Recommendation (Docket No. 12), which is adopted as the opinion of this

Court,

      IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

Matthew Parris (Docket No. 1) is dismissed and, because reasonable jurists could not conclude

that a basis for appeal exists, and a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed R. App. P.

Nora Barry Fische
United States District Judge

cc: Matthew Parris
CY-3418
SCI Fayette
50 Overlook
LaBelle, PA 15450